FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

AUG 2 1 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
        v.                          )   2:12-CR-201-KJD-(VCF)
                                    )
ERIC BANKS,                         )
                                    )
                Defendant.          )

### FINAL ORDER OF FORFEITURE

On May 14, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant ERIC BANKS to the criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant ERIC BANKS pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 44; Change of Plea Minutes, ECF No. 47; Preliminary Order of Forfeiture, ECF No. 43.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 25, 2013, through June 23, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 50.

1        This Court finds no petition was filed herein by or on behalf of any person or entity and the

2   time for filing such petitions and claims has expired.

3        This Court finds no petitions are pending with regard to the assets named herein and the

4   time for presenting such petitions has expired.

5        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8   32.2(c)(2);   Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code,

9   Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of

10  according to law:

11          1.     one (1) Ruger, caliber .22, semi-automatic pistol, serial number 1467399; and

12          2.     any and all ammunition specifically including one (1) .22 caliber magazine

13                and seven (7) rounds of .22 caliber ammunition (all of which constitutes

14                "property").

15       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

16  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

17  any income derived as a result of the United States of America's management of any property

18  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

19  according to law.

20       The Clerk is hereby directed to send copies of this Order to all counsel of record and three

21  certified copies to the United States Attorney's Office.

22       DATED this __21__ day of __Aug__, 2013.

23

24

25                                     _____

26                             UNITED STATES DISTRICT JUDGE