Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Nisha Brooks-Whittington
Assistant Federal Public Defender
Nisha_Brooks-Whittington@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorney for Eric Banks

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Eric Banks,<br><br>        Defendant. | Case No. 2:12-cr-00201-KJD-VCF-2<br><br>**Stipulation to Extend Deadline in Second Amended General Order 2023-09 By Thirty (30) Days** |

The United States of America, by Assistant United States Attorney Jim W. Fang, and Defendant Eric Banks, by Assistant Federal Public Defender Nisha Brooks-Whittington, submit the following Stipulation to extend, by thirty (30) days, the deadline set in Second Amended General Order 2023-09.

The parties agree and stipulate to the following:

1. On August 21, 2013, this Court sentenced Mr. Banks to 205 months' incarceration. ECF Nos. 54, 58.

2. On May 9, 2024, Mr. Banks filed a *pro se* motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Sentencing Guidelines Amendment 821. *See* ECF No. 103.

1

3.	Second Amended General Order 2023-09 presumptively appoints the Office of the Federal Public Defender, District of Nevada ("FPD") to represent any defendant previously determined to have been entitled to appointment of counsel, or who is now entitled to appointment of counsel to determine whether that defendant may qualify for retroactive relief under Amendment 821, and to present any requests relating thereto to the Court for adjudication that the FPD deems appropriate under 821.  Under Second Amended General Order 2023-09, the FPD must file, within 30 days of a *pro se* motion or letter, a contested motion, a joint stipulation for a sentence reduction, or a notice of non-eligibility.

4.	The defense is seeking additional time to review Mr. Banks' case to determine his eligibility for a reduction of sentence.

5.	For the reasons stated above, the parties respectfully request that the Court issue an order extending the 30-day deadline set by Second Amended General Order 2023-09, by thirty (30) days.

Dated: June 7, 2024

RENE L. VALLADARES  
Federal Public Defender

By *Nisha Brooks-Whittington*  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By *Jim W. Fang*  
JIM W. FANG  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>ERIC BANKS,<br><br>             Defendant. | Case No. 2:12-cr-00201-KJD-VCF-2<br><br>ORDER |

   IT IS THEREFORE ORDERED that the parties have until __July 8, 2024__, in which to file a contested motion, joint stipulation for a sentence reduction, or a notice of non-eligibility.

   DATED this 10th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

3