RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nisha_Brooks-Whittington@fd.org

Attorney for Eric Banks

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00201-KJD-VCF-2 |
|---|---|
| Plaintiff, | |
| v. | **Stipulation to Extend Deadline to File Reply to Response to Motion for Sentence Reduction** |
| ERIC BANKS, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Eric Banks, request that the due date for Mr. Bank's Reply to Response to Motion for Sentence Reduction (ECF No. 109), be extended by thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction from July 24-August 2, 2024. Counsel will need additional time to schedule a call with Mr. Banks to discuss the government's response and to prepare the reply for filing.

2. The parties agree to the extension.

1        DATED this 19th day of July, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00201-KJD-VCF-2 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ERIC BANKS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend the Deadline for filing his Reply to Response to Motion for Sentence Reduction, that the Defendant's deadline to file his Reply is extended from July 25, 2024 to August 25, 2024.

DATED this 19 day of July, 2024.

UNITED STATES DISTRICT JUDGE

3